USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DENISE B. ANDERSON,

                      **Plaintiff,**            20-CV-10400 (AJN) (SN)

      -against-                    **ORDER**

**RITE AID PHARMACY,**

                      **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 7, 2020, the plaintiff filed the Complaint. On January 28, 2021, the Honorable Alison J. Nathan granted the plaintiff's IFP application, and the U.S. Marshals were ordered to serve the Defendant on February 4, 2021. ECF Nos. 4, 7. The Court understands that there has been a delay in service. Accordingly, the Clerk of Court is directed to issue a new summons, and the U.S. Marshals are directed to serve the Defendant as expeditiously as possible. Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              May 12, 2021