UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DENISE B. ANDERSON,

                      **Plaintiff,**                      20-CV-10400 (AJN) (SN)

    -against-                                    **ORDER**

**RITE AID PHARMACY,**

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On July 6, 2021, the Defendant filed a motion to dismiss the Complaint, claiming that Ms. Anderson had released her claims through a settlement agreement and otherwise failed to state a claim. The Plaintiff's response was due by August 6, 2021. Given the Plaintiff's pro se status, the Court will provide an additional 30-day extension. Accordingly, the Plaintiff's opposition, if any, is due September 13, 2021. The Defendant shall file a reply, if any, within fourteen days of the Plaintiff's response. If the Plaintiff fails to oppose the motion, the Court will deem it fully briefed and ready for decision.

      Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

Dated: August 13, 2021
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021