UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DENISE B. ANDERSON,

                    **Plaintiff,**                    20-CV-10400 (AJN) (SN)

    -against-                    **ORDER**

RITE AID PHARMACY,

                    **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A telephone conference is scheduled for Friday, September 03, 2021, at 11:30 a.m. to discuss the Plaintiff's application requesting pro bono counsel and impending deadline to file an opposition, if any, to Defendant's motion to dismiss. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

    Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

Dated: September 1, 2021
        New York, New York